IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                     Plaintiff,                          ) | |
|                                                              )  | 8:07CR154 |
|          vs.                                              ) | |
|                                                              ) | ORDER |
| ROGELIO PEDRO-JUAN,                    ) | |
|                     Defendant.                      ) | |

      Defendant Rogelio Pedro-Juan appeared before the court on Tuesday, September 7, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [25]. The defendant was represented by Assistant Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. Through his counsel, the defendant waived his right to a probable cause hearing pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. The defendant waived a detention hearing. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Judge Strom.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Strom.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Senior Judge Lyle E. Strom Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 14, 2010 at 9:00 a.m.** Defendant must be present in person.

      2    The defendant, Rogelio Pedro-Juan, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

      3.    The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

      4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      DATED this 8th day of September, 2010.

      BY THE COURT:

      s/ F. A. Gossett
      United States Magistrate Judge