IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR154 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGELIO PEDRO-JUAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's "final notice of appeals pursuant to 18 § 3742" (Filing No. 38), filed August 22, 2011.  The order of sentence (Filing No. 36) was filed October 15, 2010.  No timely appeal was taken, and the thirty-day period for extension of time for excusable neglect or good cause has long since expired.  Accordingly,

IT IS ORDERED that defendant is not permitted to proceed on appeal *in forma pauperis*.  No certificate of appealability will issue.

DATED this 31st day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court